IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DARNELL JACKSON, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,**

**CASE NO.: 6:10-CV-40-ORL-18KRS**

   **Plaintiff,**

vs.

**NETWORK ENGINEERING TECHNOLOGIES, INC., A FOREIGN CORPORATION,**

   **Defendant.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

_X_ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:
***Wright v. Network Engineering Techonologies, Inc., Central Illinois, Judge McCuskey, FLSA***

___ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 26th day of January, 2010.

   **/s/ C. RYAN MORGAN**
   C. Ryan Morgan, Esq.
   FBN 0015527
   Morgan & Morgan, P.A.
   20 N. Orange Ave., 14th Floor
   P.O. Box 4979
   Orlando, FL 32802-4979
   Telephone: (407) 420-1414
   Facsimile: (407) 425-8171
   Email: RMorgan@forthepeople.com
   Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that January 26, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **NETWORK ENGINEERING TECHNOLOGIES, INC, c/o** Registered Agent: CT Corporation System 1200 South Pine Island Road, Plantation, FL 33324, this 26th day of January, 2010.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.